Camille DeRose, Appellant, v. George C. Adams et al., Defendants. Aaron H. Payne, Petitioner-Appellee.

Gen. No. 46,583. 

First District, Third Division.

March 16, 1955.

Released for publication April 7, 1955.

Laurence M. Fine, for appellant; Lycurgus J. Conner, for appellee; Lycurgus J. Conner, of counsel. Opinion by JUSTICE FEINBERG. **Not to be published in full.**